UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jordan Lee Smith                                          Docket No. 7:15-CR-56-1BR

**Petition for Action on Supervised Release**

COMES NOW Eddie J. Smith, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jordan Lee Smith, who, upon an earlier plea of guilty to 18 U.S.C. § 641 and 2, Larceny and Sale of U.S. Property and Aiding and Abetting, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on February 2, 2016, to the custody of the Bureau of Prisons for a term of 32 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Jordan Lee Smith was released from custody on March 13, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently supervised in the Eastern District of Pennsylvania (EDPA) by U.S. Probation George Reid. Conditions of supervision include to abstain from alcohol use, but it does not include testing or treatment for alcohol use. We are currently in the process of transferring jurisdiction to the EDPA. Prior to accepting jurisdiction, the EDPA has requested the conditions be modified to include testing and alcohol treatment if deemed necessary.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant shall participate in alcohol treatment and abide by the rules of any such program until satisfactorily discharged.

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing is true and correct.
> /s/ Eddie J. Smith
> Eddie J. Smith
> Supervising U.S. Probation Officer
> 150 Rowan Street Suite 110
> Fayetteville, NC 28301
> Phone: 910-354-2537
> Executed On: April 09, 2018

**ORDER OF THE COURT**

Considered and ordered this __10__ day of __April__, 2018, and ordered filed and made a part of the records in the above case.

_/s/ W. Earl Britt_
W. Earl Britt
Senior U.S. District Judge